# Court of Appeals of the State of Georgia

ATLANTA,  November 01, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0581.  DONALD BERNARD BANNISTER v. THE STATE.**

In 2013, a jury found Donald Bernard Bannister guilty of one count of felony murder and one count of possession of a firearm during the commission of a felony. The trial court sentenced him to a total term of imprisonment of life plus five years. Subsequently, Bannister filed a motion for new trial, which the trial court denied. The instant appeal followed. We, however, lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of felony murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring). Accordingly, Bannister's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/01/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*